# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:11-cr-00025-MR-DLH-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| **KEVIN ANTHONY SECREST.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court *sua sponte*.

The Court hereby refers this matter to the Magistrate Judge for a determination of whether there is reasonable cause to believe that the Defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.  See 18 U.S.C. § 4241(a).

**IT IS, THEREFORE, ORDERED** that this matter is referred to the Magistrate Judge for a competency inquiry pursuant to 18 U.S.C. § 4241(a).  Upon conclusion of such proceedings before the Magistrate Judge, this matter shall be rescheduled for a final supervised release revocation hearing before the undersigned.

**IT IS SO ORDERED.**

Signed: July 2, 2014

Martin Reidinger
United States District Judge